UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIE HAYES,

        Plaintiff(s),

v.

STATE FARM FIRE AND CASUALTY CO., dba STATE FARM MUTUAL AUTOMOBILE CO.,

        Defendant(s).

Case No. 2:25-cv-10678

Judge Robert J. White

Magistrate Judge Kimberly G. Altman

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, STATE FARM FIRE AND CASUALTY COMPANY

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐     No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐     No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: March 11, 2025

/s/ Cary R. Berlin

P64122
Patrick, Johnson & Mott
70 Macomb Place, Suite 224
Mt. Clemens, Michigan 48043
(248) 356-8590
cberlin@pjmpc.com